In the Matter of the Final Accounting of Joseph J. Little, as Receiver of the Worthington Company, Appellant and Respondent.
The Waverly Company, an Excepting Creditor, Respondent and Appellant.

*Matter of Little,* 47 App. Div. 22, affirmed.
(Argued January 7, 1901; decided January 22, 1901.)

Cross-appeals from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 6, 1900, modifying, and affirming as modified, an order of Special Term confirming the report of a referee in proceedings for the voluntary dissolution of a corporation.

*James M. Fisk* for Joseph J. Little, as receiver, appellant and respondent.

*Joseph A. Arnold* for the Waverly Company, respondent and appellant.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.